MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
kgiquinto@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Plaintiff
GREYOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　Defendants. | Case No.  2:06-cv-01612-MCE-DAD<br>(*consolidated cases*)<br>Case No.  2:07-CV-01943 MCE-DAD<br><br>**STIPULATION FOR  VOLUNTARY DISMISSAL; ORDER** |
| KENNETH ALLEN LEAK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC.; TU PHUOC NGUYEN; and DOES 1 through 50, inclusive,<br>Defendants. | |

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND"), defendant TU PHUOC NGUYEN and plaintiff KENNETH ALLEN LEAK, by and through their undersigned attorneys, that plaintiff KENNETH ALLEN LEAK'S Complaint is dismissed with prejudice as to defendant GREYHOUND only.  The dismissal is based on the fact that a mutually agreed upon

30407-34934 KEG 565066.1

**STIPULATION AND VOLUNTARY DISMISSAL**
CASE NO.: 2:06-CV-01612 MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

settlement has been reached on all of the issues between both parties.

This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

All parties to this action that have entered an appearance and that remain in the action have executed this dismissal through the undersigned counsel of record.

Dated: April 8, 2009　　　　　　　　　　LOMBARDI, LOPER & CONANT, LLP

By  /s/ Karen E. Giquinto
　　　KAREN E. GIQUINTO
　　　Attorneys for Defendant
　　　GREYHOUND LINES, INC.

Dated:　January 26, 2009　　　　　　　REINER, SIMPSON & SLAUGHTER

By  /s/ Robert G. Simpson
　　　ROBERT G. SIMPSON
　　　Attorneys for Plaintiff
　　　KENNETH ALLEN LEAK

Dated:　April 3, 2009　　　　　　　　MURCHISON & CUMMING, LLP

By  /s/ Heidi Quan for
　　　MARILOU BUSTONERA
　　　Attorneys for Defendant§
　　　TU PHUOC NGUYEN

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Based on the foregoing stipulation of the parties hereto, it is hereby ordered that GREYHOUND LINES, INC. is dismissed from plaintiff KENNETH ALLEN LEAK'S Complaint this action in this matter, with prejudice. The issue of costs and fees has been arranged in accordance to the settlement.

DATED: April 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

PDF created with pdfFactory trial version www.pdffactory.com